No. 367. MYERS v. READING COMPANY. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *John H. Hoffman* for petitioner. *Wm. Clarke Mason* for respondent.

No. 371. UNITED STATES NATIONAL BANK ET AL. v. CHASE NATIONAL BANK ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Robert I. Rudolph* for petitioners. *William Dean Embree* for respondents.

No. 430. UNITED STATES v. OGILVIE HARDWARE Co., INC. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General McGrath* for the United States. *H. C. Walker, Jr.* and *Elias Goldstein* for respondent.

No. 432. AETNA CASUALTY & SURETY Co. ET AL. v. FLOWERS. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Clyde W. Key* for petitioners. Respondent *pro se.*

No. 94. UNITED STATES v. N. Y. RAYON IMPORTING Co., INC. (#2) ET AL.; and
No. 96. N. Y. RAYON IMPORTING Co., INC. (#2) ET AL. v. UNITED STATES. October 14, 1946. The petitions for